UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROBERT L. WRIGHT,
D.O.C. # D-U01281
    Plaintiff,

vs.                                            Case No.: 4:24cv321/MCR/MAF

ELI LIDSKY,
IRS DEPT. OF THE TREASURY,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on August 19, 2024. (Doc. 4). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. Plaintiff's complaint (Doc. 1) and this action are **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g).

3. The Clerk of Court is directed to enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C § 1915(g)" and close this case.

**DONE AND ORDERED** this 25th day of October 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**